# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CROSS CHARTERING N.V., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-04-2264 |
| § | |
| R.I.P.C. (TRINIDAD) LIMITED, *et al.,* § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Plaintiff Cross Chartering N.V. has filed a motion for default judgment against defendant, R.I.P.C. (Trinidad) Limited, which has failed to answer the complaint as required by Rule 12, Fed.R.Civ.P. Default was entered on October 7, 2004. Cross Chartering N.V. has now filed an affidavit and exhibits in support of its claims for actual damages and reasonable attorney's fees and costs in this maritime suit. Cross Chartering has also send defendant notice. Further notice to the defendant and further hearings are not necessary in this cause. Rule 55(b)(2), Fed.R.Civ.P.

The court concludes that:

a. plaintiff Cross Chartering N.V. has judgment for the sum of $1,180,703.40 as to defendant R.I.P.C. (Trinidad) Limited, plus prejudgment interest of $12,757.66 as of December 3, 2004;

b. attorney's fees of $7,500.00 are awarded to plaintiff's counsel, Julian & Steele, P.C.; and

      c.      costs of $310.50 are taxed against R.I.P.C. (Trinidad) Limited.

Plaintiff's causes of action as to defendant Bredero Shaw and ShawCor Pipe Protection, LLC are not determined in this judgment and will proceed on the court's docket.

Postjudgment interest on this judgment will be calculated at 3.84% per annum.

This is a final judgment as to defendant R.I.P.C. (Trinidad) Limited only.

It is ordered that the plaintiff's motion for default judgment be granted in all respects.

      SIGNED on August 10, 2005, at Houston, Texas.

                                                                           Lee H. Rosenthal
                                                               United States District Judge